IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ECMC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-CV-220-WKW |
| | ) | [WO] |
| ALEXANDRA ELIZABETH | ) | |
| ACOSTA-CONNIFF, | ) | |
| | ) | |
| Appellee. | ) | |

## FINAL JUDGMENT

It is the JUDGMENT and DECREE of the court that the Order of the United States Bankruptcy Court for the Middle District of Alabama is REVERSED and REMANDED to the bankruptcy court for entry of judgment in favor of Appellant ECMC.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment.

DONE this 2nd day of May, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE